No. 74–506. TAYLOR ET AL. *v.* PERINI, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 6th Cir. Certiorar

granted, judgment vacated, and case remanded for further consideration in light of *Alyeska Pipeline Service Co.* v. *Wilderness Society, ante,* p. 240. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.